THE PEOPLE OF THE STATE OF NEW YORK ex rel. PEA-
BODY, HOUGHTELING & Co., INC., Respondent, v.
HENRY M. GOLDFOGLE et al., as Commissioners of
Taxes and Assessments of the City of New York,
Appellants.

*Tax — moneyed capital tax — capital employed in purchasing corporate
bonds secured by mortgages on real estate and selling same at a profit
not in competition with business of National banks — assessment
properly vacated.*

*People ex rel. Peabody, Houghteling & Co., Inc.,* v. *Goldfogle,* 213
App. Div. 710, affirmed.

(Argued December 14, 1925; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered July 6, 1925, which unanimously affirmed
an order of Special Term vacating and canceling an
assessment levied against relator on the value of moneyed
capital owned or held by it and alleged to have been
used in competition with the business of National banks.
The assessment against the relator for the year 1923
was held invalid on the ground that its moneyed capital,
which was employed in the business of purchasing cor-
porate bonds secured by mortgages on real estate and
selling such bonds at a profit to its customers for cash,
was not in competition with the business of National
banks.

*George P. Nicholson, Corporation Counsel (William H.
King* and *Eugene Fay* of counsel), for appellants.

*John W. Davis, Carlyle M. Keyes* and *Guernsey Price*
for respondent.

Order affirmed, with costs, on authority of *People ex rel.
Pratt* v. *Goldfogle* (242 N. Y. 277).

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.